**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GRETHE CARMICHAEL,

    Plaintiff,

v.                                        Case No. 3:18-cv-409-J-34JRK

CONN'S APPLIANCES, INC.,
d/b/a Conn's Home Plus,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Defendant's *Unopposed* Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 9; Motion) filed on May 2, 2018. In the Motion, Defendant requests that the Court compel Plaintiff to arbitrate her claims in accordance with the dictates of the Federal Arbitration Act, 9 U.S.C. § 1 et seq. and stay this case pending completion of the arbitration. See generally Motion. Defendant represents to the Court that Plaintiff does not oppose the relief requested in the Motion. See id. at 5. After due consideration, it is

    **ORDERED:**

    1.     Defendant's *Unopposed* Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 9) is **GRANTED**.

    2.     The parties are directed to submit all claims to arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq.

    3.     This case is hereby **STAYED** pending the completion of the arbitration proceedings. The Clerk of Court is directed to terminate any pending

motions and administratively close the file pending notification from the parties that the case is due to be reopened or dismissed.

4. The parties shall file a joint status report upon the conclusion of the arbitration. If the arbitration is not completed by **September 4, 2018**, then the parties shall file a joint status report at that time and every 120 days thereafter until the arbitration is completed.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of May, 2018.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record